Myra Owen, as Administratrix of the Estate of Paul Owen, Respondent, *v.* Benjamin Straight, Doing Business under the Name of Thirteenth Lake Lodge, Appellant.

Peter Owen, Respondent, *v.* Benjamin Straight, Doing Business under the Name of Thirteenth Lake Lodge, Appellant.

(Submitted June 3, 1935; decided June 11, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 453.)

In the Matter of the Claim of Nan W. Theyken, Respondent, against Diplomat Products, Inc., et al., Appellants.

State Industrial Board, Respondent.

(Submitted June 3, 1935; decided June 11, 1935.)

*Carl J. Heyser* for motion.
*Jeremiah F. Connor* opposed.

Motion denied, with ten dollars costs.